UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THE CHEMICAL CONNECTION, INC | ) | Case No. 05-34789-JHS |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

**Trustee's Final Report**

To:     The Honorable John H. Squires
        United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.       The Petition commencing this case was filed on August 31, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the August 31, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.       The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.       The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.       A summary of the trustee's final account as of December 31, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $121,064.46 |
| b. | DISBURSEMENTS (See Exhibit C) | $81,408.61 |
| c. | NET CASH available for distribution | $39,655.85 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.   Trustee compensation requested | $7,624.00 |
| | 2.   Trustee Expenses | $0.00 |
| | 3.   Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---:|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $43,177.00 |
| (b.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $496.64 |
| (c.) | O'Keefe, Lyons & Hynes *Special Counsel for Trustee Fees (Other Firm)* | $8,500.00 |
| (d.) | Popowcer Katten, Ltd *Accountant for Trustee Fees (Other Firm)* | $2,042.50 |

5.      The Bar Date for filing unsecured claims expired on February 2, 2006.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D), to the extent such claims will receive a distribution. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $61,840.14 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $2,595,863.75 |

7.      Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $7,624.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee (Trustee Firm)* | $0.00 | $43,177.00 | $496.64 |
| O'KEEFE *Attorney for Trustee (Other Firm)* | $0.00 | $8,500.00 | $0.00 |
| POPOWCER KATTEN, LTD *Accountant for Trustee (Other Firm)* | $0.00 | $2,042.50 | $0.00 |

9.    A fee of $5,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _____January 14, 2009___

/s/Joseph A. Baldi, Trustee _____
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

The Chemical Connection, Inc.
Case No. 05-34789

Tasks Completed by Trustee

Exhibit A

## EXHIBIT A

### TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of a principal of the Debtor at the Section 341 meeting of creditors.

A.     Trustee analyzed and investigated the market value of the Real Property; the Real Property consisted of a parcel of land and an improved one story brick structure that served as a chemical plant that was damaged by an extensive fire pre-petition which demolished the interior structure of the building; Trustee employed a real estate broker to assist in the marketing and sale of the Real Property; Trustee negotiated with multiple parties for the sale of the Real Property; Trustee analyzed numerous offers received for the Real Property; after investigation into potential environmental claims on the Real Property, most of the bidders withdrew their offers; Trustee negotiated with the sole surviving bidder for a sale of the Real Property for the amount of $65,000.00; Trustee directed his attorneys to prepare and present a Motion to Approve the Sale, and pursuant to this Court's order dated June 12, 2007, the Trustee sold the Property and recovered gross proceeds of $65,000.00;

B.     Trustee analyzed a pre-petition lawsuit pending in the Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois ("Litigation") which the Debtor filed against certain insurance companies ("Defendants") to recover for damages caused by the fire at the Real Property; Trustee removed the Litigation to the Bankruptcy Court (the Litigation was docketed with the Bankruptcy Court as Adversary Case No. 05 A 2638); prior to the commencement of the case, the Debtor negotiated with the Defendants for a settlement of the Litigation such that the Defendants would pay $56,000.00 to Debtor; Trustee analyzed this settlement offer; further Trustee directed his attorneys to review and analyze the liens asserted by various parties ("Lien Claimants") against the Settlement Proceeds; Trustee negotiated a settlement with the Defendants and the Lien Claimants; pursuant to this Court's order, Trustee was authorized to

1

settle with the Defendants and the Lien Claimants such that the Estate recovered gross proceeds of $56,000.00 and Trustee was authorized and directed to pay the Lien Claimants from the Settlement Proceeds in exchange for, among other things, a withdrawal of claims against the Estate and release of liens against the Real Property;

C.     Trustee employed special counsel for the purpose of seeking a tax reduction for the real estate property taxes asserted against the Real Property for the years 2003-2006 ("Unpaid Tax Years"); the Cook County Collector assessed taxes, including penalties, on the Real Property in the approximate amount of $44,000.00 ("Unpaid Taxes") for the Unpaid Tax Years; Trustee directed his attorneys to file an adversary complaint against the Cook County Collector (the "Tax Adversary") for a reduction of the taxes on the basis that, among other things, the Real Property should have been re-assessed as vacant property after the fire at the premises; Trustee's special counsel negotiated with the Cook County Collector for a reduction of the Unpaid Taxes to $12,000.00; Trustee directed his attorneys to prepare and present a motion to settle the Tax Adversary; upon this Court's order, Trustee settled the Tax Adversary for a $32,000.00 reduction in Unpaid Taxes;

D.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

E.     Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

F.     Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

G.     Trustee analyzed tax matters concerning the Estate; Trustee employed an accountant for the purpose of preparing Estate tax returns; Trustee directed the accountant to prepare Estate tax returns; Trustee executed and filed Estate tax returns; and

2

H.    Trustee otherwise administered this Estate and directed the allocation, liquidation

and distribution of assets to creditors herein.

Trustee's Final Report

Form I

Individual Estate Property Record and Report

Exhibit B

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

| Case No: | 05-34789   JHS   Judge: John H. Squires | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | Date Filed (f) or Converted (c): | 08/31/05 (f) |
| | | 341(a) Meeting Date: | 10/04/05 |
| For Period Ending: 01/07/09 | | Claims Bar Date: | 02/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 100,000.00 | 65,000.00 | | 65,000.25 | FA |
| former chemical plant at 1030 E 87th Street, pin 20-35-318-028-0000 - jugdment lien paid pursuant to settlement of lawsuit. Property sold in 07 for gross sales price of $65,000. After payment of back taxes of $12,000 net realized will be approximately $40,000 | | | | | |
| 2. Accounts Receivable | 81,712.00 | Unknown | | 0.00 | FA |
| Invoices due from Providence Washington Insurance - disputed claim, settled as part of litigation with insurance company, no recoverable value | | | | | |
| 3. Accounts Receivable | 56,000.00 | Unknown | | 0.00 | FA |
| invoices due from Riteway Construction - disputed claim subject to set off by Rite Way claim, no recoverable value | | | | | |
| 4. Other Contingent Unliquidated Claim | 56,000.00 | Unknown | | 56,000.00 | FA |
| Lawsuit and settlement pending with Lloyd's London for insurance coverage claim | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 64.21 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $293,712.00 | $65,000.00 | | $121,064.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's plant destroyed by pre-petition fire. Two major assets of estate were insurance claim arising from fire and the plant remains and underlying real estate. Trustee settled insurance claim lawsuit in May 2006 and paid out proceeds to satisfy perfected attorneys' liens and judgment lien against real estate.   In November, 2006, Trustee entered into year-long exclusive listing agreement and hire real estate broker. Property is listed

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: | 05-34789    JHS    Judge: John H. Squires |
| Case Name: | THE CHEMICAL CONNECTION, INC |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 08/31/05 (f) |
| 341(a) Meeting Date: | 10/04/05 |
| Claims Bar Date: | 02/02/06 |

for $100,000.  Phase II disclosed soil contamination and highest offer rec'd was $65,000.  TR sold property for $65,000, with liens of $44,000 in RE taxes attaching to proceeds of sale which were retained by title company pursuant to title indemnity.  Filed a section 505(a) adversary to obtain reduction of taxes based on property's vacancy following fire.  Settled with Cook County for $12,000 in Sept. 2007, resulting in tax savings of over $30,000 and collected proceeds.  Trustee submitted TFR to UST in January, 2009

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 01/31/09

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    1

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0520 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/06 | 4 | COZEN O'CONNOR 1900 Market Street 6th Floor Philadelphia, PA 19103 | Settlement Proceeds: Lloyd's | 1149-000 | 56,000.00 | | 56,000.00 |
| 06/21/06 | | Transfer to Acct #*******0546 | Bank Funds Transfer Transfer funds to make disbursements of Lloyd's of London settlement proceeds to Much Shelist, James Podgorny, Providence Washington and Ideas, Inc. per settlement agreement and court order dated 5/11/06. | 9999-000 | | 56,000.00 | 0.00 |
| 11/19/07 | 1 | Elmosa & Associates 7265 W. 87th Street Bridgeview, IL 60455 | Refund Proceeds 2007 Tax Escrow | 1110-000 | 4,595.74 | | 4,595.74 |
| 11/30/07 | 5 | Bank of America, N.A | Interest Rate 0.650 | 1270-000 | 0.40 | | 4,596.14 |
| 12/31/07 | 5 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 2.20 | | 4,598.34 |
| 01/09/08 | | Attorneys' Title Guaranty Fund, Inc. Individual Escrow Account 1 South Wacker - 24th Fl. Chicago IL 60606 | | | 30,000.00 | | 34,598.34 |
| | 1 | A & Z PROPERTIES | Memo Amount:      55,404.26 SALE PROCEEDS: REAL PROP | 1110-000 | | | |
| | | MARKI WEISS | Memo Amount:     (     5,200.00 ) broker's commission | 3510-000 | | | |
| | | MOSA A ELMOSA | Memo Amount:     (     6,125.05 ) tax escrow to seller | 4800-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount:     (     2,079.00 ) other closing costs | 2500-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount:     (   12,000.21 ) real estate tax settlement | 4700-000 | | | |

| Page Subtotals | 90,598.34 | 56,000.00 |

Ver: 14.11

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0520  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 7.94 | | 34,606.28 |
| 02/19/08 | | Transfer to Acct #*******0546 | Bank Funds Transfer | 9999-000 | | 4.35 | 34,601.93 |
| 02/29/08 | 5 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 8.23 | | 34,610.16 |
| 03/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.18 | | 34,618.34 |
| 04/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 7.09 | | 34,625.43 |
| 05/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,629.83 |
| 06/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.26 | | 34,634.09 |
| 07/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,638.49 |
| 08/29/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,642.89 |
| 09/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.26 | | 34,647.15 |
| 10/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.36 | | 34,650.51 |
| 11/11/08 | 1 | Attorneys' Title Guaranty Fund, Inc. Individual Escrow Account 1 South Wacker - 24th Fl. Chicago  IL  60606 | Balance of Sale Proceeds | 1110-000 | 5,000.25 | | 39,650.76 |
| 11/28/08 | 5 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.09 | | 39,653.85 |
| 12/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.00 | | 39,655.85 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 55,404.26 | COLUMN TOTALS | | 95,660.20 | 56,004.35 | 39,655.85 |
| | Memo Allocation Disbursements: | 25,404.26 | Less: Bank Transfers/CD's | | 0.00 | 56,004.35 | |
| | | | Subtotal | | 95,660.20 | 0.00 | |
| | Memo Allocation Net: | 30,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 95,660.20 | 0.00 | |

Page Subtotals          5,061.86          4.35

LFORM24

Ver: 14.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page    3

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0546  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/06 | | Transfer from Acct #*******0520 | Bank Funds Transfer | 9999-000 | 56,000.00 | | 56,000.00 |
| | | | Transfer funds to make disbursements of Lloyd's of London settlement proceeds to Much Shelist, James Podgorny, Providence Washington and Ideas, Inc. per settlement agreement and court order dated 5/11/06. | | | | |
| 06/21/06 | 001001 | Much Shelist Freed Denenberg Ament & Rubenstein 191 North Wacker Drive Suite 1800 Chicago, Illinois 60606 | Lloyds London Settlement Proceeds for Attorneys Lien per court order dated 5/11/06 | 4220-000 | | 7,446.33 | 48,553.67 |
| 06/21/06 | 001002 | James A. Podgorney Law Office of James A. Podgorny 15127 South 73rd Ave  Ste. H-2 Orland Park  IL  60462-3437 | Lloyds London - Settlement Proceeds for Attorneys Lien per court order dated 5/11/06 | 4220-000 | | 1,100.00 | 47,453.67 |
| 06/21/06 | 001003 | Providence Washington Insurance   a/s/o The Framing Corporation c/o Mathein and Rostoker PC 662 W. Grand Avenue Chicago  IL  60610 | Lloyds London Settlement Proceeds Per Settlement and Bankruptcy Court Order dtd 5/11/06 | 4120-000 | | 44,720.58 | 2,733.09 |
| 06/21/06 | 001004 | Ideas, Inc Attn:  Todd Resa 625 S. Main Street Lombard  IL  60148 | Lloyds London Settlement Proceeds Per US Bankruptcy Ct. Order dtd 5/11/06 Payment to Co-Plaintiff in | 8500-000 | | 2,733.09 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0520 | Bank Funds Transfer | 9999-000 | 4.35 | | 4.35 |
| 02/19/08 | 001005 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | 2300-000 | | 4.35 | 0.00 |

| | | | | Page Subtotals | 56,004.35 | 56,004.35 | |

LFORM24

Ver 14.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0546  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 01/07/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 56,004.35 | 56,004.35 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 56,004.35 | 0.00 | |
| | | | | Subtotal | 0.00 | 56,004.35 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 56,004.35 | |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 55,404.26 | | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 25,404.26 | | Money Market Account (Interest Earn - *******0520 | | 95,660.20 | 0.00 | 39,655.85 |
| Total Memo Allocation Net: | 30,000.00 | | Checking Account (Non-Interest Earn - *******0546 | | 0.00 | 56,004.35 | 0.00 |
| | | | | | 95,660.20 | 56,004.35 | 39,655.85 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |



Total Receipts

95,660.20  Net Deposits
25,404.26  Allocation Disbursements

& 121,064.46

Total Disbursements

56,004.35  Net Disbursements
25,404.26  Allocation Disbursements

& 81,408.61

LFORM24

Page Subtotals        0.00        0.00

Ver: 14.11

The Chemical Connection, Inc.
Case No. 05-34789

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THE CHEMICAL CONNECTION, INC | ) | Case No. 05-34789-JHS |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $39,655.85 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $39,655.85 |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $61,840.14 | 64.13%[1] |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $7,624.00 | $4,326.91 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees* | $2,042.50 | $2,042.50 |
| | O'Keefe, Lyons & Hynes *Special Counsel for Trustee Fees* | $8,500.00 | $8,500.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $43,177.00 | $24,504.58 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $496.64 | $281.86 |
| | **CLASS TOTALS** | **$61,840.14** | **$39,655.85** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

---

[1] This percentage represents the overall distribution percentage to administrative claims. However, on account of the voluntary subordination of claims by Trustee and Trustee's Counsel to the claims of Trustee's Accountant and Trustee's Special Counsel, the actual distribution is 100% to Trustee's Accountant and Trustee's Special Counsel and 56.75% to Trustee and Trustee's Counsel.

DISTRIBUTION REPORT—CONT'D                                                PAGE 3 of 5

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 12,000.21 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Cook County Treasurer *Real Property Tax Liens* | $12,000.21 | $0.00 |
| | **CLASS TOTALS** | **$12,000.21** | **$0.00** |

EXHIBIT D

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid pro rata after costs of administration and priority claims are paid in full | $ 2,595,863.75 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Frank Ressa<br>*General Unsecured 726* | $2,270.54 | $0.00 |
| 000005 | Ideas, Inc.<br>*General Unsecured 726* | $499,500.00 | $0.00 |
| 000006 | Riteway Construction Services, Inc.<br>*General Unsecured 726* | $2,094,093.21 | $0.00 |
| | **CLASS TOTALS** | **$2,595,863.75** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT—CONT'D

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 52,166.91 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Providence Washington Insurance *Real Estate-Non-consensual Liens* | $44,720.58 | $0.00 |
| 000003 | Much Shelist Freed Denenberg Ament *Personal Property & Intangibles-Nonconsensual Liens* | $7,446.33 | $0.00 |
| | CLASS TOTALS | $52,166.91 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_____January 14, 2009_____          /s/Joseph A. Baldi, Trustee___

EXHIBIT D