UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| The Chemical Connection, Inc., | ) | Case No. 05-34789 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

**Application for Allowance and Payment of
Final Compensation and Reimbursement of Expenses
of Joseph A. Baldi & Associates, Attorneys for Trustee**

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates" or "B&A"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of The Chemical Connection, Inc., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Baldi & Associates of 1) $43,177.00 as final compensation for 177.30 hours of legal services rendered to the Trustee from October 6, 2005 through the close of this case and 2) $496.64 as reimbursement of expenses incurred in connection with such services. In support thereof, Baldi & Associates respectfully states as follows:

**Introduction**

1.      Debtor commenced this case on August 31, 2005 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.      Joseph A. Baldi  is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's primary assets were the Debtor's interest certain real property commonly known as 1030 E. 87th Street, Chicago, Illinois ("Real Property") which property consisted of land and a single story building that served as a chemical plant which was destroyed substantially in a pre-petition fire ("Fire") and a pre-petition lawsuit for insurance coverage as a result of the Fire ("Lawsuit").

4.      The bar date for filing claims in this case was February 2, 2006.

## Retention of Baldi & Associates

5.      On December 8, 2005, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case.  A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A.  Baldi & Associates has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

Joseph A. Baldi  -- Partner
Donna B. Wallace -- Associate
Elizabeth C. Berg -- Associate/Paralegal[1]

## Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

## Services Rendered by Baldi & Associates

8.      Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of

---

[1]

Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal.  She has performed services on behalf of Trustee in this case in both capacities.  As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg bills for her services as an attorney at the rate of $250/hour and at $160/hour as a paralegal (and at the rate of $200.00/hour and at the rate of $140.00 for her services as a paralegal for the period before June 1, 2007).  Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

services rendered by each attorney or paralegal in each category.

9.      The services rendered by Baldi & Associates during the period covered by this
Application have been segregated into four (4) categories. Summarized below by category are the
services rendered by Baldi & Associates during the period covered by this Application.

General Administration: Baldi & Associates prepared and presented (1) Trustee's Motion to
Employ Attorneys, (2) Trustee's Motion to Employ Accountants, (3) Trustee's Motion to Employ Real
Estate Broker, and (4) Trustee's Motion to Employ Special Tax Counsel: Baldi & Associates
analyzed and advised the Trustee with respect to general case administration matters; Baldi &
Associates conducted the preliminary review and analysis of assets for purpose of determining
liquidation value and value to the Estate and advised the Trustee with respect to same; and Baldi &
Associates prepared this fee application and the final fee applications of Trustee's Special Counsel
and Trustee's Accountants.

In connection with the foregoing, Baldi & Associates spent 21.50 hours for which it
requests allowance and payment of final compensation in the amount of $5,968.00.

Lloyds Insurance Adversary: Prior to the Petition Date, Debtor and a related party filed a
lawsuit in the Circuit Court of DuPage County, Illinois for, among other things, claims for coverage
as a result of the Fire ("Lawsuit"); Baldi & Associates drafted a petition for the removal of the Lawsuit
from the Circuit Court to the Bankruptcy Court; Baldi & Associates researched local rules and
procedures regarding same; Baldi & Associates appeared at court hearings on behalf of the Trustee
relative to the removal of the Lawsuit; Baldi & Associates reviewed and analyzed lien claims
asserted against the proceeds from the Lawsuit; Baldi & Associates reviewed and analyzed the
insurance policies which were the subject of the Lawsuit; Baldi & Associates communicated and
corresponded with the lien claimants for a settlement and resolution of the liens asserted against the
Lawsuit; Baldi & Associates reviewed and analyzed the terms of the proposed settlement of the
Lawsuit; Baldi & Associates advised the Trustee regarding the proposed settlement; Baldi &

3

Associates prepared the Settlement Agreement and prepared and presented the Trustee's Motion to Approve the Settlement; and Baldi & Associates oversaw, verified and prepared documents necessary for the proper release of claims relative to the Lawsuit.

In connection with the foregoing, Baldi & Associates spent 38.90 hours for which it requests allowance and payment of final compensation in the amount of $9,865.00.

Sale of Real Estate:  Baldi & Associates communicated and corresponded with multiple potential purchasers regarding offers and counter-offers for the purchase of the Real Property; Baldi & Associates conducted a lien and title search on the Real Property and reviewed and analyzed the results thereof; B&A reviewed and analyzed environmental reports regarding the Real Property; B&A analyzed and addressed easement issues attendant to the Real Property; arranged for the inspection of the Real Property by potential purchasers and their representatives;  reviewed and analyzed competing bids received for the purchase of the Real Property; B&A advised the Trustee with respect to a proposed contract for the sale of the Real Property; negotiated, on behalf of the Trustee, for a contract for the sale of the Real Property; prepared and presented the Trustee's Motion to Sell the Real Property; prepared closing documents necessary for the transfer of the Real Property; oversaw the closing of the Real Property; prepared documents necessary to establish an escrow account for purposes of holding funds pending the resolution of the disputed real estate taxes ("Escrow").  As a direct and proximate result of these efforts, Trustee recovered gross proceeds of $65,000.00 on behalf of the Estate.

In connection with the foregoing, Baldi & Associates spent 100.40 hours for which it requests allowance and payment of final compensation in the amount of $22,577.00.

Tax Adversary:  Baldi & Associates drafted the adversary complaint captioned Joseph A. Baldi, Trustee v. Cook County Collector, Case No. 07-571 ("Adversary") seeking, among other things, a determination of taxes due and a tax abatement relative to the Real Property; B&A attended court hearings on the Adversary; prepared the Settlement Agreement for the Adversary;

4

prepared and presented the Trustee's Motion to Settle; oversaw disbursement of the Escrow Proceeds to the Cook County Collector, as per the Settlement Agreement; and B&A met with representatives of the Cook County Collector to verify proper crediting of the real estate taxes paid and abated against the Real Property.

In connection with the foregoing, Baldi & Associates spent 16.50 hours for which it requests allowance and payment of final compensation in the amount of $4,767.00.

## Compensation Requested

10.    Baldi & Associates has expended a total of 177.30 hours for the services described and categorized in paragraph nine above.  The total value of and the amount of compensation requested herein for those services is $43,177.00.

11.    All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested.  In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

5

### Expense Reimbursement

13.     In connection with the performance of the services included herein, Baldi &
Associates has incurred actual and necessary expenses for which he requests reimbursement in
the amount of $496.64.  These expenses primarily relate to costs associated with a title search
of the Real Property and photocopying and postage of various documents filed with the Court.
Itemized descriptions of the expenses are included within the billing statements attached hereto
as Exhibit C.

### Payment of Compensation

14.     Baldi & Associates has not entered into any agreement or understanding of any kind,
express or implied, with any other entity to share any compensation received or to be received by
Baldi & Associates for services rendered to the Trustee in connection with this case.

15.     Baldi & Associates has not previously received or been promised any payments for
services rendered in this case.  Baldi & Associates voluntarily has agreed to subordinate its claim for
fees and expenses herein to the administrative claims of Trustee's Accountants and Trustee's
Special Counsel.

16.     The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of
Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation and expense reimbursement
requested in this Application are the Estate funds in the Trustee's possession, collected by him
during his administration of this case.

### Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and
completed his review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed his Final Report simultaneously herewith.  Final Fee
Applications for the Trustee, Trustee's Accountants and Trustee's special counsel have also been

filed concurrently with this Application.

## Financial Condition of the Case

20.      As of December 31, 2008, Trustee has $39,655.85 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates, P.C. in connection with this final fee application, 3) the fees allowed to Popowcer Katten, Ltd., Trustee's Accountants in connection with its final fee application, 4) the fees allowed to O'Keefe, Lyons & Hynes, Trustee's Special Counsel in connection with its final fee application, and 5) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.      Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be insufficient funds available to make a distribution to general unsecured creditors in this case.

## Trustee's Approval

22.      Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.      Allowing to Baldi & Associates final compensation in the amount of $43,177.00 for actual and necessary professional services rendered to the Trustee from October 6, 2005 through the closing of this case; and

B.      Allowing to Baldi & Associates reimbursement of $496.64 for expenses incurred in connection with the foregoing services; and

7

C.    For such other and further relief as this Court deems appropriate.

Dated:  January 14, 2009

Joseph A. Baldi & Associates, P.C.

Attorneys for Joseph A. Baldi, as trustee of the estate
of The Chemical Connection, Inc., debtor


By:____ /s/_____
         Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St., Suite 1500
Chicago, IL  60603
312.726.8150

**Baldi & Associates**
**Final Fee Application**

**The Chemical Connection, Inc.**
**Case No. 05-34789**

Retention Order

Exhibit A

Electronically Filed Document Case 05bk34789 Document 19 Entered 13/30/2005 Filed by Donna Wallace Description Proposed Order Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-34789 |
| The Chemical Connection, Inc., | ) | Hon. John H. Squires |
| | ) | Hearing Date: December 8, 2005 |
| Debtor. | ) | Time: 9:30 a.m. |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of The Chemical Connection, Inc., debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated:  December 8, 2005

ENTER:

Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Donna B. Wallace
Attorney ID No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi & Associates**
**Final Fee Application**

**The Chemical Connection, Inc.**
**Case No. 05-34789**

**Professional Qualifications**

**Exhibit B**

## Baldi & Associates

<u>Joseph A. Baldi</u>

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice. Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago. Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin. the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations. the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits. Mr. Baldi is active in municipal affairs in his hometown of Park Ridge. Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University. Chicago. Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

Donna B. Wallace

  Donna B. Wallace is an Associate of the firm whose expertise is in representing

debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her

law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell

International. In her last position with Rockwell, Mrs. Wallace was a Business Segment

Controller where she supervised a joint venture with a Japanese Company.    After

graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and

Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton,

Illinois where she concentrated in bankruptcy and commercial litigation.

  Mrs. Wallace is admitted to practice in the State of Illinois and the United States

District Court for the Northern District of Illinois. She is a certified mediator and

arbitrator.

  Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John

Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal

Business Planning Award, was a member of the Law Review which published her

comment on the topic of lenders liability and was elected to the Order of John Marshall.

Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in

Business Administration.

  Mrs. Wallace has served as a part-time member of the accounting and law

faculties at various colleges including College of DuPage, MacCormac College, and

Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern

Business College prior to joining the firm.

## Baldi & Associates

Elizabeth C. Berg

Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

The Chemical Connection, Inc.
Case No. 05-34789

**Baldi & Associates**
**Final Fee Application**

**Billing Statements**

**Exhibit C**

Joseph A. Baldi & Associates, P. C.
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150

**Fax:**    (312) 726-5067                                                    **FEIN:** 36-4352753

---

### *Invoice submitted to:*

Joseph A. Baldi, trustee
c/o Joseph A. Baldi & Associates
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

January 7, 2009
Invoice No:   1134

### *Consolidated Summary*

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **The Chemical - General Administration** | | | | | | | |
| | 21.50 | $5,968.00 | $0.00 | $5,968.00 | $0.00 | $0.00 | $5,968.00 |
| **The Chemical - Lloyds insurance adversary** | | | | | | | |
| | 38.90 | $9,865.00 | $96.20 | $9,961.20 | $0.00 | $0.00 | $9,961.20 |
| **The Chemical - Sale of real estate** | | | | | | | |
| | 100.40 | $22,577.00 | $400.44 | $22,977.44 | $0.00 | $0.00 | $22,977.44 |
| **The Chemical - Tax Adversary** | | | | | | | |
| | 16.50 | $4,767.00 | $0.00 | $4,767.00 | $0.00 | $0.00 | $4,767.00 |
| Balance Due | 177.30 | $43,177.00 | $496.64 | | | | $43,673.64 |

**Joseph A. Baldi & Associates, P. C.**                                    1/07/2009

The Chemical - General Administration                              Page    2

---

**In Reference to:**   *The Chemical - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/07/2005 | JAB | Telephone call to debtor's attorney to follow up on meeting. liens, information on assets. (.5)  Telephone call to attorney for lien holder regarding judgment. set off.  Follow up with e-mail. (.3) | 0.80<br>$350.00/ hr | $280.00 |
| 10/12/2005 | JAB | Telephone call from creditor attorney. discuss citation proceedings. lien, disposition of assets. (.4)  Telephone call from attorney for creditor. discuss meeting. proof of claim (.2) | 0.60<br>$350.00/ hr | $210.00 |
| 11/28/2005 | DBW | document review at R. Blatt's office re removal: Read pleadings filed in DuPage County Case & Cook County garnishment case re removal petition. determination if asset should be abandoned | 2.70<br>$250.00/ hr | $675.00 |
| 11/30/2005 | DBW | draft Application to employ Baldi & Associates, affidavit and proposed order | 0.80<br>$250.00/ hr | $200.00 |
| 12/06/2005 | JAB | Review file regarding liens. Telephone call to water department regarding status of account, verify same.  Telephone call to debtors attorney regarding sale. potential bidders. liens. Telephone call to attorney for Washington Providence regarding claim, payoff. closing. | 1.50<br>$350.00/ hr | $525.00 |
| 12/08/2005 | DBW | appear in court re motion to hire B & A | 0.50<br>$250.00/ hr | $125.00 |
| 8/22/2006 | JAB | Telephone call to attorney regarding suit against debtor. Telephone call to broker regarding possible listing of commercial property. | 0.50<br>$350.00/ hr | $175.00 |
| 8/23/2006 | JAB | Review file regarding information on property. Telephone call to Mark Weiss regarding retention as broker for trustee. | 0.70<br>$350.00/ hr | $245.00 |
| 8/25/2006 | JAB | Review file, forward documents to potential real estate broker. (.4)  Review e-mail from Resa on property stored on site. e-mail to Bratsos demanding removal. (.4) | 0.80<br>$350.00/ hr | $280.00 |
| 9/07/2006 | JAB | Teleconference with real estate broker regarding marketing property | 0.30<br>$350.00/ hr | $105.00 |
| 12/28/2006 | ECB1 | Draft motion to hire real estate broker | 0.60<br>$140.00/ hr | $84.00 |

## Joseph A. Baldi & Associates, P. C.

1/07/2009

The Chemical - General Administration

Page   3

| | | | | |
|---|---|---|---|---|
| 5/30/2007 | JAB | Review tax issue, Telephone call to attorney re options for same. Telephone call to Steinberg re filing for reduction. (.5) Confer with ECB re motion, notice. tax payoff. (.5) | 1.00 $350.00/ hr | $350.00 |
| 6/06/2007 | ECB | Prepare Motion to Retain Special Counsel for RE Tax reduction (1.0) Prepare affidavit and order re same (.4) Correspondence to Mark Davis re conflicts check and execution of affidavit (.2) | 1.60 $250.00/ hr | $400.00 |
| 6/07/2007 | JAB | Confer with ECB re status or retention motion, follow up with Davis. (.3)  TC with Davis re affidavit and retention agreement, (.3)  Review and revise motion, prepare and file same. (.9) | 1.50 $400.00/ hr | $600.00 |
| 6/19/2007 | JAB | Review complaint, Telephone call to Davis re same (.5) Follow up on water cert. inspection.  Telephone call to water department, Weiss re same. (.4) | 0.90 $400.00/ hr | $360.00 |
| 2/04/2008 | JAB | Telephone call to Resa re status of case administration. Telephone call to state's attorney re marking 2006 paid, review and update deposit information. review status of payment of special counsel | 1.20 $400.00/ hr | $480.00 |
| 10/07/2008 | ECB1 | Prepare motion, affidavit and proposed order to retain accounts (.8) Email to L. West re execution of affidavit (.1) | 0.90 $160.00/ hr | $144.00 |
| 10/14/2008 | ECB | Attend court and present motion to hire acts | 0.40 $250.00/ hr | $100.00 |
| 12/10/2008 | RKP | Prepare special counsel fee application (.80): coversheet, order and affidavit (.20): prepare Baldi & Associates fee application (2.50): order. coversheet and affidavit (.20): prepare Popowcer fee application (.50). | 4.20 $150.00/ hr | $630.00 |

|  | Total Hours | 21.50 | Total Fees | $5,968.00 |
|---|---|---|---|---|

# Joseph A. Baldi & Associates, P. C.

1/07/2009

Page    4

The Chemical - General Administration

| | |
|---|---:|
| Total New Charges | $5.968.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,968.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 4.00 | $250.00 |
| Elizabeth C Berg | 2.00 | $250.00 |
| Elizabeth (1) C Berg | 0.60 | $140.00 |
| Elizabeth (1) C Berg | 0.90 | $160.00 |
| Joseph A Baldi | 6.20 | $350.00 |
| Joseph A Baldi | 3.60 | $400.00 |
| Ricki K Podorovsky | 4.20 | $150.00 |

**Joseph A. Baldi & Associates, P. C.**                                    1/07/2009

The Chemical - Lloyds insurance adversary                          Page    5

---

**In Reference to:**   *The Chemical - Lloyds insurance adversary*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/17/2005 | DBW | teleconference with Trustee re removal of DuPage County case to bankruptcy court | 0.30 $250.00/ hr | $75.00 |
| 11/17/2005 | DBW | review file re state court information for Notice of Removal (1.0), check BR Court information re filing Notice of removal (.3), call to counsel for insurance company re removal (.1), begin drafting Notice of removal (.4) | 1.80 $250.00/ hr | $450.00 |
| 11/21/2005 | DBW | Draft petition for removal | 1.30 $250.00/ hr | $325.00 |
| 11/22/2005 | DBW | teleconference with Mr. Blatt attorney for Lloyds re removal action, review of pleadings | 0.20 $250.00/ hr | $50.00 |
| 11/28/2005 | DBW | conference with Trustee re results of document review, proceeding with removal notice (.2), complete Notice of removal (1.4), review local bankruptcy rule re removal (.3), review e-filing procedure re filing notice of removal (.3), teleconference with clerk's office to clarify same (.2), e-file notice of removal (.2) | 2.60 $250.00/ hr | $650.00 |
| 11/29/2005 | DBW | prepare certificate of service (.2) and service list (.3) for Notice of Removal: e-file (.1): read rule re filing with State Court (.2), prepare Notice of filing for DuPage County Court (.3), telephone conference with DuPage Clerk's Office re fee for Notice of removal (.2), letter to Gary Taylor re filing (.2) | 1.50 $250.00/ hr | $375.00 |
| 12/19/2005 | DBW | prepare notice of filing - state court record (.2), tc with Clerk's Office re filing of State Court Record over the Counter (.1) meeting with Ms. Martino re copying and filing State Court record with Clerk of Bankruptcy Court (.2) | 0.50 $250.00/ hr | $125.00 |
| 1/05/2006 | DBW | conference with Trustee re removal & settlement proposals (.3), appear in Court re status on removal (1.1), post hearing conference with parties re proposed settlement (.2) | 1.60 $250.00/ hr | $400.00 |
| 2/01/2006 | DBW | tc with Debtor's attorney re proposed split for settlement of insurance claim & representation of Debtor's principal | 0.20 $250.00/ hr | $50.00 |
| 2/06/2006 | DBW | tc with Mr. Sanderman, attorney for judgment creditor re progress of settlement talks | 0.10 $250.00/ hr | $25.00 |

**Joseph A. Baldi & Associates, P. C.**                    1/07/2009

The Chemical - Lloyds insurance adversary                    Page   6

| | | | | |
|---|---|---|---|---|
| 2/06/2006 | DBW | tc with Ms. Sherry, debtors attorney to follow up on settlement proposal | 0.10 $250.00/ hr | $25.00 |
| 2/07/2006 | DBW | attend status hearing on removed case (.4), post court conference with defense counsel (.3) | 0.70 $250.00/ hr | $175.00 |
| 2/27/2006 | DBW | meeting with Trustee re settlement status re IDEAS(.2), cf with attorney for insurer re pre-trial issues (.3) | 0.50 $250.00/ hr | $125.00 |
| 3/08/2006 | DBW | tc with Megan Oliver - Much Shelist re pre-trial memo (.2), conference with Trustee re IDEAS response to settlement offer & development of counter offer (.3) | 0.50 $250.00/ hr | $125.00 |
| 3/08/2006 | JAB | TC with G Munitz regarding settlement against Lloyds. Ideas claim. proposal on how to allocate settlement. | 0.50 $350.00/ hr | $175.00 |
| 3/09/2006 | DBW | read policy re coverages, review file re issues resolved by summary judgment in State Court and distribution of proceeds to plaintiffs re possible fraudulent transfer and review attorneys' liens (1.4), tc with former attorney for plaintiffs re documents related to business interruption,(.2), conference with Trustee re issues related to settlement of lien and possible fraudulent transfer of insurance proceeds (.3) | 1.90 $250.00/ hr | $475.00 |
| 3/09/2006 | JAB | Meet with DBW to review Ideas claim. prior claims paid by insurance, remaining claim and settlement of same.  Telephone call to Resa to inquire on representation of Ideas. | 0.50 $350.00/ hr | $175.00 |
| 3/13/2006 | DBW | tc with attorney for Lloyds re basis for settlement of business income claim and documents submitted by Plaintiff's to adjustor, schedule meeting to review documents (.2) draft letter to counsel of record re review of documents prepare fax cover sheet re same (.5) | 0.70 $250.00/ hr | $175.00 |
| 3/15/2006 | DBW | teleconference with Ms. Askew to inform court that case has been settled and discuss procedure re pre-trial conference | 0.10 $250.00/ hr | $25.00 |
| 3/15/2006 | DBW | Meeting at at Cozen O'Conner to review claims and meet with Todd Resa . President of Ideas, Inc re settlement terms | 2.00 $250.00/ hr | $500.00 |
| 3/29/2006 | DBW | Draft Settlement Agreement | 3.40 $250.00/ hr | $850.00 |
| 4/03/2006 | DBW | revise Settlement Agreement to incorporate changes suggested by defendants (.9), e-mail copy of revised agreement to counsel for insurance company (.1) | 1.00 $250.00/ hr | $250.00 |
| 4/04/2006 | JAB | Review proposed settlement agreement draft, comment on same. | 0.40 $350.00/ hr | $140.00 |

**Joseph A. Baldi & Associates, P. C.**                                                    1/07/2009

The Chemical - Lloyds insurance adversary                                    Page    7

| | | | | |
|---|---|---|---|---|
| 4/05/2006 | DBW | conference with Trustee re changes to Settlement Agreement (.2). draft changes (.2), e-mail to attorney for Insurance company re changes & reason therefore (.2) | 0.60 $250.00/ hr | $150.00 |
| 4/10/2006 | DBW | Teleconference with attorney for insurance providers re changes related to indemnity and release language re Skelton Carnegie Lawsuit, also discussed release of attorneys liens and PWI claims and change to disbursement procedure (.6), revise agreement (.7), e-mail revisions to attorney for defendants (.1) teleconference with attorney for PWI re pre-trial conference (.1) | 1.50 $250.00/ hr | $375.00 |
| 4/11/2006 | DBW | meeting with attorney for INS Co to revise settlement agreement (.4), appear for pre-trial conference (.3) | 0.70 $250.00/ hr | $175.00 |
| 4/12/2006 | DBW | draft revisions to Settlement Agreement (.3), draft letter to parties circulating draft for approval (.3) | 0.60 $250.00/ hr | $150.00 |
| 4/24/2006 | DBW | teleconference with Frank Resa, Ideas. re Settlement agreement terms (.1), draft settlement motion (1.8) | 1.90 $250.00/ hr | $475.00 |
| 4/25/2006 | DBW | proof read (.4) and revise Motion to Compromise (.9), prepare Proposed Order (.3) | 1.60 $250.00/ hr | $400.00 |
| 5/03/2006 | DBW | teleconference with Mr. Sanderman re secured claims to be paid from insurance proceeds | 0.00 $250.00/ hr | $0.00 |
| 5/08/2006 | DBW | calculate interest and payments to be made from settlement proceeds (.3). review releases and Stipulations drafted by Defendants (.6). begin drafting letter to transmit and circulate releases and stipulations to parties receiving proceeds (.5) | 1.40 $250.00/ hr | $350.00 |
| 5/09/2006 | DBW | tc with counsel for Ins. Co re changes to release & stipulation (.2), revise release & stipulation (.3). complete letter to lien holders re releases (.7), prepare fax cover sheet to counsel for Insurance companies re changes to releases (.2) | 1.40 $250.00/ hr | $350.00 |
| 5/10/2006 | DBW | teleconference with attorney for Insurance company re objections raised by PWI (.1), teleconference with attorney for PWI re same (.1) | 0.20 $250.00/ hr | $50.00 |
| 5/11/2006 | DBW | appear in Court re Motion to Settle (.5). post court conference with counsel for Insurance Co & PWI re procedure for releases and payments (.2) | 0.60 $250.00/ hr | $150.00 |
| 5/15/2006 | DBW | Teleconference with attorney for Much Shelist re holding documents until check received, teleconference with attorney for PWI re change of address | 0.10 $250.00/ hr | $25.00 |

**Joseph A. Baldi & Associates, P. C.**                                    1/07/2009

The Chemical - Lloyds insurance adversary                          Page     8

| | | | | |
|---|---|---|---|---|
| 5/17/2006 | DBW | tc with Todd Resa re calculations and execution of settlement agreement | 0.10 $250.00/ hr | $25.00 |
| 5/22/2006 | DBW | Teleconference with Mr. Resa, Ideas, Inc re settlement agreement which was not included in executed documents | 0.10 $250.00/ hr | $25.00 |
| 5/23/2006 | DBW | review release & satisfaction form forwarded by PWI, e-mail to counsel for PWI re issues related to same | 0.40 $250.00/ hr | $100.00 |
| 5/24/2006 | DBW | prepare new documents and releases for re PWI (1.0). e-mail to counsel for Lloyds re releases received & PWI issues re dispute with release as drafted (.3) | 1.30 $250.00/ hr | $325.00 |
| 5/25/2006 | DBW | e-mail to attorney for Insurance company forwarding release documents from PWI | 0.10 $250.00/ hr | $25.00 |
| 5/30/2006 | DBW | Teleconference with attorney for Lloyds re status of releases. acceptance of changes proposed by PWI. release of attorney's lien for PWI (.3). e-mail to attorney for PWI re release of attorney's lien. Lloyds position on form (.3), e-mail to Ideas re need to re-execute settlement & have signature witnessed (.2) | 0.80 $250.00/ hr | $200.00 |
| 5/30/2006 | DBW | amend releases for PWI problems | 0.30 $250.00/ hr | $75.00 |
| 5/31/2006 | DBW | Teleconference with attorney for Ins. Co re execution of settlement agreement, problems with PWI & disbursement of funds (.1), e-mail confirming same (.1) | 0.20 $250.00/ hr | $50.00 |
| 5/31/2006 | DBW | prepare fax to counsel for PWI re changes to releases | 0.10 $250.00/ hr | $25.00 |
| 6/01/2006 | DBW | Teleconference with counsel for PWI re release (.1). review fax from counsel for Lloyds re same | 0.10 $250.00/ hr | $25.00 |
| 6/08/2006 | DBW | tc with Mr. Murphy- atty for Ins. Co re delay in payment of settlement check | 0.10 $250.00/ hr | $25.00 |
| 6/13/2006 | DBW | Teleconference with Mr. Murphy, attorney for insurance co explaining status of documents in absence of lead attorney re disbursement of proceeds (.3), prepare package of executed documents. draft letter to Mr. Murphy explaining same (.5) | 0.80 $250.00/ hr | $200.00 |
| 6/19/2006 | DBW | Teleconference with attorney for PWI re anticipated payout (.1). teleconference with attorney for Lloyds re delivery of proceeds, dismissal of DuPage County lawsuit (.1) | 0.20 $250.00/ hr | $50.00 |
| 6/20/2006 | DBW | recalculate distribution of proceeds due to later than anticipated receipt from insurance company (.2), draft memo re distribution of insurance proceeds (.4) | 0.60 $250.00/ hr | $150.00 |

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

Page    9

The Chemical - Lloyds insurance adversary

| | | | | |
|---|---|---|---|---|
| 6/21/2006 | DBW | draft transmittal letters for checks from settlement proceeds.<br>draft final distribution report for Ideas, Inc | 0.70<br>$250.00/ hr | $175.00 |

| | | | |
|---|---|---|---|
| | Total Hours | 38.90 | Total Fees | $9,865.00 |

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

The Chemical - Lloyds insurance adversary

Page   10

*Expenses*

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 11/29/2005 | OVERNIGHT | To file Removal Petition w/ state court | 1.00 @ $16.02/each | $16.02 |
| 4/25/2006 | POSTAGE | Trustee's Motion to Compromise and Settle Claims | 18.00 @ $1.11/each | $19.98 |
| 4/25/2006 | COPY | Trustee's Motion to Compromise & Settle Claims | 342.00 @ $0.10/each | $34.20 |
| 7/19/2006 | FILING | Advance cost of recording Providence Washington release | 1.00 @ $26.00/each | $26.00 |

|  |  |
|---|---|
| Total Expenses | $96.20 |
| Total New Charges | $9.961.20 |
| Previous Balance | $0.00 |
| Balance Due | $9,961.20 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 37.50 | $250.00 |
| Joseph A Baldi | 1.40 | $350.00 |

**Joseph A. Baldi & Associates, P. C.**                          1/07/2009

The Chemical - Sale of real estate                          Page   11

---

**In Reference to:**   *The Chemical - Sale of real estate*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/06/2005 | JAB | TC from potential purchaser of real estate.  Review status of title, review documents recorded, review assessment and tax information.  E-mail to debtor's attorney regarding same and follow up. | 2.50<br>$350.00/ hr | $875.00 |
| 11/18/2005 | JAB | Review title information regarding real property, lien claims regarding same. | 0.50<br>$350.00/ hr | $175.00 |
| 12/06/2005 | JAB | Telephone call from real estate purchaser regarding status.  Review and forward title report regarding same. | 0.50<br>$350.00/ hr | $175.00 |
| 12/19/2005 | DBW | meeting with Trustee re sale of real estate, review of contract, trustee's rider | 0.30<br>$250.00/ hr | $75.00 |
| 12/19/2005 | DBW | review sales contract | 1.40<br>$250.00/ hr | $350.00 |
| 2/22/2006 | JAB | Telephone call from potential purchaser of real estate, receive copy of draft sales contract for editing. | 0.50<br>$350.00/ hr | $175.00 |
| 5/10/2006 | DBW | review revised real estate contract (1.2), meeting with trustee re same (.2), begin drafting proposed revisions (.7) | 2.10<br>$250.00/ hr | $525.00 |
| 5/11/2006 | DBW | revise contract for sale of real estate | 2.60<br>$250.00/ hr | $650.00 |
| 5/15/2006 | DBW | proof read & revise real estate contract | 1.00<br>$250.00/ hr | $250.00 |
| 6/14/2006 | DBW | meeting with Trustee re changes to real estate contract (.2).  revise contract  (.4) | 0.60<br>$250.00/ hr | $150.00 |
| 6/14/2006 | JAB | Review contract for real estate sale and revisions. | 0.50<br>$350.00/ hr | $175.00 |
| 8/01/2006 | JAB | Review status of real estate sale.  TC to proposed buyer to follow up on revised contract. | 0.50<br>$350.00/ hr | $175.00 |
| 8/02/2006 | JAB | Travel to and inspect real estate.  Meet with Rite Way principal, discuss possible sale. | 2.50<br>$350.00/ hr | $875.00 |
| 8/04/2006 | JAB | Telephone call to Resa regarding environmental reports, title reports.  Discuss involvement of Holland & Knight in transaction. (.4)  Review file, e-mail Mark Nora to request turnover of documents. (.4)  Teleconference with Mark Nora | 1.10<br>$350.00/ hr | $385.00 |

**Joseph A. Baldi & Associates, P. C.**                                      1/07/2009

The Chemical - Sale of real estate                                    Page   12

| | | | | |
|---|---|---|---|---|
| | | regarding documents available. other issues regarding insurance proceeds. (.3) | | |
| 1/10/2007 | ECB1 | Review file in connection with status of real estate taxes and water taxes for City of Chicago (.5) Conduct search of Cook Cty Assessor re tax sale (.6) | 1.10 $140.00/ hr | $154.00 |
| 1/22/2007 | ECB | Attend court and present Motion to Hire RE Broker (.5) Correspondence to Broker to confirm retention (.2) | 0.70 $200.00/ hr | $140.00 |
| 3/26/2007 | ECB | Review original offer rec'd from Amin Ijbara (.5) Review Ijbara's attorney's modifications for same (.3) | 0.80 $200.00/ hr | $160.00 |
| 3/27/2007 | ECB | Review file and prior sales agreement (.5) Set up contact info for sale (.2) | 0.70 $200.00/ hr | $140.00 |
| 3/27/2007 | ECB | Confer with Trustee re terms of offer. Buyer's contingencies for Flood, building permit, zoning. environmental and survey (.5) Confer with Trustee as to timing for inspections and approval of contract by Bankruptcy Court after expiration of contingencies (.3) | 0.80 $200.00/ hr | $160.00 |
| 3/27/2007 | ECB1 | TC to Trustee's broker to obtain complete copy of RE Sale Contract | 0.20 $140.00/ hr | $28.00 |
| 3/27/2007 | JAB | Confer with ECB on contract, timing of due diligence, bankruptcy rider to contract for sale. | 0.50 $350.00/ hr | $175.00 |
| 3/28/2007 | ECB | Review second offer for sale from new party and prep comments on same for TR (.6)  Confer with Trustee re competing bids and bid protection procedures and timing for inspections (.5) TC to Broker's office re new offer (.2) | 1.30 $200.00/ hr | $260.00 |
| 3/28/2007 | ECB | Revise Ijbara Contract (.6) and draft rider to same (1.8)  TC Buyer's Attorney re modifications and BK sales (.3) Correspondence to Buyer's attorney re same (.3) | 3.00 $200.00/ hr | $600.00 |
| 4/05/2007 | JAB | TC from Mosa El Mousa re offer to purchase.  Return and leave message.  TC from competing bidder re status of contract, inspection of property. | 0.40 $350.00/ hr | $140.00 |
| 4/09/2007 | ECB | Confer with TR re terms of competing offer from Mohamed Alwawi (.3) Review same (.5) TC to Trustee's Broker re competing offers (.2)  Prepare Bankruptcy Rider for competing Alwawi offer (.6) | 1.60 $200.00/ hr | $320.00 |
| 4/10/2007 | ECB1 | Review competing offer for 87th Street property  (.4) Prepare bankruptcy rider to submit for same (.3) | 0.70 $140.00/ hr | $98.00 |

**Joseph A. Baldi & Associates, P. C.**                    1/07/2009

The Chemical - Sale of real estate                          Page   13

---

| Date | Atty | Description | Hours / Rate | Amount |
|------|------|-------------|--------------|--------|
| 4/11/2007 | ECB | Review Phase II from 2005 | 0.50 $200.00/ hr | $100.00 |
| 4/11/2007 | ECB | Review and revise competing offer from M. Alwawi and finalize bankruptcy rider for same (1.4) Correspondence to counsel for Alwawi re offer, finalization of bidding. and bk rider requirements (.5) Conference. call with Trustee and counsel for bidder A. ljbara (.3) | 2.20 $200.00/ hr | $440.00 |
| 4/11/2007 | ECB1 | Conduct search of Cook Cty R/D and review lien documents (1.3) Review debtor's documents regarding dispute with City over water charges  (.8)  Review old title commitment and confer with Attorneys Title Guaranty rep re status of title and update of commitment (.6) | 2.20 $140.00/ hr | $308.00 |
| 4/12/2007 | ECB1 | Review Notice of Cancellation rec'd from M. Alwawi (.2) Correspond with M. Weiss re same (2.) TC and fax Alwawi's broker re same (.2) TC and fax ljbara's attorney re withdrawal of competing offer, results of phase II (.2) | 0.80 $140.00/ hr | $112.00 |
| 4/17/2007 | ECB | Review and discuss ljbara's counter offer for $65.000 (2.) Revise contract (.2) Revise Rider for same (.3)  Prep letter of transmittal to Buyer's attorney (.3) | 1.00 $200.00/ hr | $200.00 |
| 4/17/2007 | ECB1 | Analyze chain of title documents for recorded easement for access (1.5) Confer with Trustee re same (.4) | 1.90 $140.00/ hr | $266.00 |
| 4/17/2007 | JAB | Confer with ECB re contract, title issues.  Research and review sources for easement. | 1.30 $350.00/ hr | $455.00 |
| 4/23/2007 | ECB1 | Review title commitment (.4) Send copy of same to Buyer's attorney (.2) Review copy of easement document (.1) and confer with title company re illegibility of same (.3) | 1.00 $140.00/ hr | $140.00 |
| 5/02/2007 | ECB | Review copy of easement provided by title company (.3) TC East West title re illegibility of same (.2) Prep memo to title agent with request to obtain modification from underwriting department to include language on Schedule B that easement is for ingress and egress and is contiguous (3) | 0.80 $200.00/ hr | $160.00 |
| 5/24/2007 | ECB1 | Commence drafting sale motion (1.3) Draft Rule 2002 notice of sale (.6) | 1.90 $140.00/ hr | $266.00 |
| 5/30/2007 | ECB | Confer with Trustee re strategies for handling back taxes | 0.30 $200.00/ hr | $60.00 |
| 5/30/2007 | ECB1 | Review claim of Riteway Construction and attached incendiary investigation report of CFD to obtain factual  matters surrounding fire and subsequent cleanup: Confer with TR re efforts to reduce taxes : Continue draft of motion to sell | 3.50 $140.00/ hr | $490.00 |

**Joseph A. Baldi & Associates, P. C.**                                     1/07/2009

The Chemical - Sale of real estate                                    Page   14

| | | | | |
|---|---|---|---|---|
| 5/31/2007 | ECB | Continue drafting sale motion; review title commitments and liens: Review law on re tax, water and franchise tax liens. | 3.50 $200.00/ hr | $700.00 |
| 5/31/2007 | ECB1 | Review website of Cook County Clerk and TC to same regarding procedures for obtaining open item RE tax bills for 2003 and 2004 (.6) Review Cook County Assessor's website re procedures and requirements for tax appeals (.5) Review website of Cook County Treasurer and TC to same re procedures to obtain duplicate tax bills for 2005 and 2006 (.6) Go to Cook County office to obtain open item and duplicate tax bills (1.4) Review bills and calculate current outstanding taxes (.3) Confer with trustee re same (.2) | 3.60 $140.00/ hr | $504.00 |
| 6/01/2007 | JAB | Review file. review water and tax issues. TC to Resa re same and to obtain additional documents on taxes and water for sale. (.5) TC to former tax attorney re status of tax reduction work, results of last appeal regarding vacancy credit. reassessment since. (.5) Confer with ECB on motion. treatment of taxes. dispute as to same. (.5) Research on 505 review of tax assessments. (.5) TC's to water department, review bills received. obtain information on current bills (1.0) | 3.00 $400.00/ hr | $1,200.00 |
| 6/04/2007 | ECB | Confer with Trustee regarding strategies for reduction of back taxes and disposition of same in connection with sale (.7) Analyze options of title indemnity for unpaid taxes and confer with title agent re insuring over in absence of indemnity (1.0) Analyze option of paying back taxes at closing and obtain refund after reduction under 505 (a) determination (.8) Revise and finalize Motion (2.7) | 5.20 $200.00/ hr | $1.040.00 |
| 6/04/2007 | ECB1 | Prepare service and filing of Trustee's Motion to Sell | 0.70 $160.00/ hr | $112.00 |
| 6/04/2007 | JAB | TC's to assessor's office. Heaton re challenging assessments, procedure and strategy. (.7) Review motion to sell property. (.4) Confer with ECB on sale. motion, payment of taxes and proration for future taxes. (.7) Prepare pro forma closing statement (.6) | 2.40 $400.00/ hr | $960.00 |
| 6/05/2007 | ECB1 | Conference call with title agent to ATG regarding treatment of liens and BK court order (.6) Confer with Trustee re possibility of title indemnity (.3) | 0.90 $160.00/ hr | $144.00 |
| 6/06/2007 | ECB1 | TC and visit to City of Chicago Water Management to arrange for field inspection and final water meter read (1.4) Prepare and submit application for certificate of full payment re same (.3) | 1.70 $160.00/ hr | $272.00 |
| 6/06/2007 | JAB | TC with special counsel re review of tax assessments. reduction of same. Review documents in support of claim. prepare cover letter forwarding same to special counsel for | 1.00 $400.00/ hr | $400.00 |

**Joseph A. Baldi & Associates, P. C.**                    1/07/2009

The Chemical - Sale of real estate                         Page   15

| | | | | |
|---|---|---|---|---|
| | | inclusion in complaint. | | |
| 6/07/2007 | ECB1 | TC with Mike Heaton and Mark Davis re conflicts check (.3) Revise 2014 affidavit to disclose unrelated representation of County and City (.4)  Review and revise fee agreement rec'd from Davis (.2) | 0.90<br>$160.00/ hr | $144.00 |
| 6/11/2007 | ECB | Conference call with TR and purchaser's attorney re treatment of unpaid real estate taxes at closing and negotiation of terms of escrow agreement | 0.30<br>$250.00/ hr | $75.00 |
| 6/11/2007 | JAB | Conference call with buyer's attorney re pro-ration of taxes. Confer with ECB on follow up. | 1.00<br>$400.00/ hr | $400.00 |
| 6/13/2007 | ECB1 | Conference with title agent to review title commitment and clearance of issues relating to survey. UCC fixture filing, back taxes, zoning and 363 (f) sale (1.0)  Review settlement documentation with Ideas regarding release of UCC (.3) Obtain copy of Trustee appointment and transmit same to title company (.3)  Revise deed (.2) Prepare state tax transfer declaration (.7) Prepare ALTA statement (.3) | 2.80<br>$160.00/ hr | $448.00 |
| 6/13/2007 | ECB1 | Review easement for roadway and utilities (.3) and transmit same to buyer's counsel (.1) | 0.40<br>$160.00/ hr | $64.00 |
| 6/14/2007 | ECB1 | TC Dept of Water to check on status of field inspection and issuance of Water Certificate | 0.20<br>$160.00/ hr | $32.00 |
| 6/14/2007 | ECB1 | Review 2003 tax appeal documents received from Debtor's former attorney (.2) Correspondence to Mark Davis to transmit same (.1) | 0.30<br>$160.00/ hr | $48.00 |
| 6/20/2007 | JAB | TC with buyer, review easement. TC to Bratsos to confirm same. | 0.70<br>$400.00/ hr | $280.00 |
| 6/25/2007 | ECB1 | TC with Chicago Water Management Dep't re status of field review and final meter reading (.2) TC to Mark Weiss re same (.1) | 0.30<br>$160.00/ hr | $48.00 |
| 6/25/2007 | ECB1 | TC to Elmosa's office regarding name of LLC as grantee on deed | 0.20<br>$160.00/ hr | $32.00 |
| 6/25/2007 | JAB | TC to owner of adjoining property re easement, acknowledgement of same. (.4) Research on abandonment of easement. (1.0) | 1.40<br>$400.00/ hr | $560.00 |
| 6/26/2007 | ECB1 | TC with Scott Perdue re status of water certification and request for Broker statement (.2) TC's with ATG title office to set up closing for June 28, 2007 (.3) TC to Buyer's attorneys | 2.60<br>$160.00/ hr | $416.00 |

**Joseph A. Baldi & Associates, P. C.**                1/07/2009

The Chemical - Sale of real estate                           Page    16

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | office re change of grantee to LLC (.2) Repeated calls to buyers attorney re easement issue (.3) confer with title agent and go over tax bills, court order authorizing sale and discuss treatment of delinquent RE taxes (.9) Confer with trustee re disposition of taxes (.4) Review draft of Tax escrow agreement (.3) |  |  |
| 6/26/2007 | JAB | Confer with ECB, TC to buyers attorney re easement. | 0.50 $400.00/ hr | $200.00 |
| 6/27/2007 | ECB1 | Prepare and disseminate closing confirmation (.5) Confirm receipt and execution of release of UCC fixture filing (.2) TC with Buyer's attorney to resolve easement access issue (.4) TC's with broker's office regarding status of water certification (.3) Confer with title agent re payment of water bill and Chicago transfer tax stamps at closing (.4) TC with title company re preparation of closing figures (.2) TC with buyers attorney re Purchaser's request to reschedule closing (.2) TC to title company to reschedule closing (.1) Prepare and disseminate memo re new closing date (.3) | 3.00 $160.00/ hr | $480.00 |
| 6/28/2007 | ECB1 | Compile and deliver Tax Adversary documents and tax bills requested by title agent (.3) TC with Broker re status of water certification application (.1) | 0.40 $160.00/ hr | $64.00 |
| 6/29/2007 | ECB1 | Preparation for Closing -- Revise RE Tax prorations due to change of closing date (.5) Update Closing Statement and transmit same to title company (.6) Prepare affidavit establishing non-abandonment of easement for debtor's president (.7)and transmittal corres for same (.2) Telephone conference with TR, title company and title agent re 363 (f) sale and real estate tax issue (.3) Prepare final closing documents (1.0) TC's to broker and title company regarding earnest money deposit and broker's statement (.6) Review closing statement (.3) Finalize dox for closing 9.6) Prep fax to water department re final certificate (.3) | 5.10 $160.00/ hr | $816.00 |
| 7/02/2007 | ECB | Attend closing for sale of 1030 East 87th Street (3.0) Post-closing followup with title agent and deliver ATG documents (.5) TC and Correspondence to Mark Weiss re execution of broker's lien waiver (.3) Prep letter to Weiss in payment of commission and transmittal of HUD-1 (.2) | 4.00 $250.00/ hr | $1,000.00 |
| 8/27/2007 | ECB1 | Check website and TC to Cook County Treasurer to check on date for issuance of 2nd installment 2006 tax bills | 0.20 $160.00/ hr | $32.00 |
| 9/04/2007 | JAB | Teleconference with Resa re status of real estate sale. | 0.30 $400.00/ hr | $120.00 |
| 9/11/2007 | ECB1 | TC to City of Chicago Water Department regarding continuing delivery of water bills to debtor (.3) TC with Attorneys Title | 0.70 $160.00/ hr | $112.00 |

**Joseph A. Baldi & Associates, P. C.**                                    1/07/2009

The Chemical - Sale of real estate                                    Page   17

---

|  |  |  |  |  |
|---|---|---|---|---|
| | | Guaranty Company to inquire as to payment of $25.00 Full Payment Certificate fee per receipts & disbursements ledger (.4) | | |
| 9/13/2007 | ECB1 | TC with ATG re confirmation of payment of water full payment certificate (.2) TC to Chicago Water Management Department regarding misapplication of payment to dormant fire meter account and arrange for switch to active account (.2) Arrange for pickup of original full payment certificate (.3) | 0.70<br>$160.00/ hr | $112.00 |
| 9/24/2007 | ECB1 | Review website for Cook County Clerk and Cook County Assessor to investigate status and recording of payment of taxes (.3) Confer with Trustee re status of tax payments and administrative expenses (.2) | 0.50<br>$160.00/ hr | $80.00 |
| 10/03/2007 | | Confer with Title agent re releases of escrowed proceeds in TI | 0.30<br>$0.00/ hr | $0.00 |
| 10/04/2007 | ECB1 | Go to Chicago Water Mgmt Dept to process full payment certificate and arrange for change of address on future water bills | 1.20<br>$160.00/ hr | $192.00 |
| 10/10/2007 | ECB1 | Correspondence to title company agent regarding required proof of payment of settled taxes to induce release of title indemnity escrow proceeds | 0.30<br>$160.00/ hr | $48.00 |
| 10/11/2007 | ECB1 | TC with City of Chicago Water Management re address change for future water bills (.3) TC with title agent re documentation required to show proof of payment of RE taxes to obtain release of escrowed net sale proceeds (.2) Confer with TR re status (.1) | 0.60<br>$160.00/ hr | $96.00 |
| 10/15/2007 | JAB | Review e-mails re payment of taxes, recording same. follow up with title company. | 0.40<br>$400.00/ hr | $160.00 |
| 10/30/2007 | ECB1 | Review Title Indemnity penalty provisions and discuss same with TR in connection with settlement with Cook County (.2) Check Cook County website re status of second installment tax bills (.2) | 0.40<br>$160.00/ hr | $64.00 |
| 11/08/2007 | ECB | Review confirmation of settlement from States Attorney's Office for Cook County (.2) Submit same to title company with request for disbursement of sale proceeds in title indemnity to estate (.3) Obtain and review copy of 2nd installment 2006 tax bill and calculate re-proration of 2007 to be credited to purchaser from Elmosa tax escrow (.4) Review provisions of Elmsoa tax escrow agreement (.4) and prepare demand for payout of same (1.3) | 2.60<br>$250.00/ hr | $650.00 |

**Joseph A. Baldi & Associates, P. C.**                    1/07/2009

The Chemical - Sale of real estate                         Page    18

---

| 12/11/2007 | DBW | Conference with trustee re need to get turnover order for proceeds in hands of Title Company | 0.30 $300.00/ hr | $90.00 |
|---|---|---|---|---|

|  |  |  | Total Hours | 100.40 | Total Fees | $22,577.00 |
|---|---|---|---|---|---|---|

**Joseph A. Baldi & Associates, P. C.**                            1/07/2009

The Chemical - Sale of real estate                               Page   19

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 12/05/2005 | TITLE | Title Search for 625 S. Main Street, Lombard, IL | 1.00 @ $350.00/each | $350.00 |
| 6/04/2007 | COPY | Service copies of Motion to Sell 1030 E. 87th St. [24 pp ea @ $.10 per page] | 13.00 @ $2.40/each | $31.20 |
| 6/04/2007 | POSTAGE | 1st Class Mail Service of Motion to Sell 1030 E. 87th [$1.48 per package} | 13.00 @ $1.48/each | $19.24 |

|  |  |  | Total Expenses | $400.44 |
|---|---|---|---|---|
|  |  |  | Total New Charges | $22,977.44 |
|  |  |  | Previous Balance | $0.00 |
|  |  |  | Balance Due | $22,977.44 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
|  | 0.30 | $0.00 |
| Donna B Wallace | 8.00 | $250.00 |
| Donna B Wallace | 0.30 | $300.00 |
| Elizabeth C Berg | 22.40 | $200.00 |
| Elizabeth C Berg | 6.90 | $250.00 |
| Elizabeth (1) C Berg | 16.90 | $140.00 |
| Elizabeth (1) C Berg | 24.10 | $160.00 |
| Joseph A Baldi | 10.80 | $350.00 |
| Joseph A Baldi | 10.70 | $400.00 |

**Joseph A. Baldi & Associates, P. C.**

1/07/2009

The Chemical - Tax Adversary

Page   20

**In Reference to:**   *The Chemical - Tax Adversary*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/20/2007 | JAB | Review and prepare tax adversary. file same. Serve summons and provide copy to co-counsel. | 2.00 $400.00/ hr | $800.00 |
| 6/28/2007 | ECB1 | Review adversary complaint (.5) Review subsidiary documents for case referral and summons and organize pleadings (.2). | 0.70 $160.00/ hr | $112.00 |
| 7/17/2007 | ECB1 | TC with special counsel re status of negotiations (.2) Confirm return date for answer and status hearing date (.2) Email Special counsel copy of closing statement (.1) | 0.50 $160.00/ hr | $80.00 |
| 7/31/2007 | JAB | Attend Baldi v Pappas - status hearing.  TC to Mark Davis re same. | 0.70 $400.00/ hr | $280.00 |
| 8/15/2007 | ECB | Review settlement agreement and proposed order (.4) TC and e-mail to Special Counsel to discuss same (.2) | 0.60 $250.00/ hr | $150.00 |
| 8/15/2007 | JAB | Review file. review settlement agreement draft.  Confer with ECB re same and follow up.  Prepare notice of settlement serve same on creditors. | 1.50 $400.00/ hr | $600.00 |
| 8/20/2007 | ECB | Review revised settlement agreement and agreed order (.3) Check assessor and treasurer's website to see if 2006 bill issued or assessments reduced (.2) TC to Buyer's attorney re settlement (.1) Analyze prorations based on settlement amount (.3) and financial status of case and projected distributions as a result of settlement (.2) Confer with Trustee re motions to approve settlement and to pay special counsel (.2) | 1.30 $250.00/ hr | $325.00 |
| 8/21/2007 | ECB | Prepare Motion and Notice to Compromise and Settle Tax Adversary | 2.30 $250.00/ hr | $575.00 |
| 8/21/2007 | JAB | TC with special counsel re effect of settlement on prorations. Discuss fees. approval of same. | 0.50 $400.00/ hr | $200.00 |
| 8/22/2007 | JAB | File Motion to Settle with Cook County on RE Taxes, | 0.40 $400.00/ hr | $160.00 |
| 9/04/2007 | ECB1 | Confer with title agent re approval of settlement of section 505 (a) suit with Cook County Collector and preparation and delivery of settlement payment from title indemnity escrow (.3) Review provisions of title indemnity deposit agreement re | 0.70 $160.00/ hr | $112.00 |

**Joseph A. Baldi & Associates, P. C.**                                    1/07/2009

The Chemical - Tax Adversary                                    Page   21

---

|  |  | logistics of implementation of settlement (.2) TC to special counsel re same (.1) Confer with Trustee re status of release of tax liens (.1) |  |  |
|---|---|---|---|---|
| 9/04/2007 | JAB | Prepare for and attend Baldi v Pappas - Cont. status hearing and motion to approve settlement. obtain order re same. Confer with ECB on follow up. | 1.00 $400.00/ hr | $400.00 |
| 9/05/2007 | ECB1 | Telephone call with special counsel re procedures for payment of settlement amount and release of tax liens | 0.20 $160.00/ hr | $32.00 |
| 9/06/2007 | ECB1 | Prepare Letter of Direction to Authorize Title Company to disburse settlement amount to County Collector | 0.30 $160.00/ hr | $48.00 |
| 9/17/2007 | ECB | Memo to trustee re preparation of notice of dismissal upon payment of settlement and adjustment of county tax records | 0.10 $250.00/ hr | $25.00 |
| 10/03/2007 | JAB | Meet with Mark Davis and Mike Heaton. discuss status of tax payment, evidence of same and release of funds from title company.  Review and discuss fees. agree on amount payable | 1.00 $400.00/ hr | $400.00 |
| 10/11/2007 | ECB1 | Review Rule 7041 (.1)  Prepare Notice of Dismissal by Plaintiff (.2) Prep service and filing of same (.1) | 0.40 $160.00/ hr | $64.00 |
| 10/23/2007 | ECB1 | Check Cook County websites for proof of payment of RE Taxes (.2) Followup email to special counsel re same (.1) | 0.30 $160.00/ hr | $48.00 |
| 11/07/2007 | ECB | Check Cook County Treasurer's website for 2nd installment tax bill (.2) TC to special counsel re followup to execute payment (.2) | 0.40 $250.00/ hr | $100.00 |
| 3/26/2008 | ECB1 | Go to County Clerk and Treasurer offices to determine status of marking tax bills paid. | 0.70 $160.00/ hr | $112.00 |
| 3/27/2008 | ECB1 | Review certificates of payments for 2004 and 2005 taxes and calculate application of $12,000 settlement payment (.3) Memo to TR re outstanding 2006 warrant books and timing for retrieval of remaining funds in ATG's TI escrow (.2) | 0.50 $160.00/ hr | $80.00 |
| 10/29/2008 | ECB1 | Prepare correspondence to Amanda Moressi re marking of 2006 warrant books to finalize settlement with Cook County Treasurer | 0.40 $160.00/ hr | $64.00 |

|  |  |  | Total Hours | 16.50 | Total Fees | $4,767.00 |
|---|---|---|---|---|---|---|

**Joseph A. Baldi & Associates, P. C.**

The Chemical - Tax Adversary

| | |
|---|---|
| Total New Charges | $4,767.00 |
| Previous Balance | $0.00 |
| Balance Due | $4,767.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 4.70 | $250.00 |
| Elizabeth (1) C Berg | 4.70 | $160.00 |
| Joseph A Baldi | 7.10 | $400.00 |

The Chemical Connection, Inc.
Case No. 05-34789

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| The Chemical Connection, Inc., | ) | Case No. 05-34789 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook     )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2.      I have read the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5.      Joseph A. Baldi & Associates voluntarily has agreed to the subordination of its claim for fees and expenses to the administrative claims of Trustee's Accountants and Trustee's Special Counsel.

6.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
~~January 14, 2009~~ February 10, 2009

_____
Notary Public

**Exhibit D**