UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| The Chemical Connection, Inc., | ) | Case No. 05-34789 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

### Trustee's First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee

Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of The Chemical Connection, Inc., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $2,042.50 as compensation for professional services rendered to the Trustee from October 14, 2008 through the close of this case. In support thereof, Trustee respectfully states as follows:

#### Introduction

1. This case was commenced on August 31, 2005 by the filing of a voluntary petition under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed and qualified chapter 7 trustee in the case.

3. The bar date for filing claims in this case was February 2, 2006.

#### Retention of Popowcer

4. On October 14, 2008, this Court authorized the Trustee to employ Popowcer as his accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

#### Prior Compensation Received

5. This is the first and final application for compensation that Popowcer will file in this case.

#### Services Rendered by Popowcer

6. <u>Preparation of Estate Tax Returns</u>: The services rendered by Popowcer have been in connection with the preparation of the Estate's final tax returns. In connection with the

tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules. In connection with the foregoing services, Popowcer performed 9.50 hours of service and requests allowance and payment of final compensation in the amount of $2,042.50. An itemized description of the services rendered to Trustee by Popowcer is set forth on the invoice attached hereto as Exhibit B.

7. All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

**Payment of Compensation**

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. The Affidavit of Lois West pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit C and made a part hereof.

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

**Status of the Case**

11. Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee, Trustee's special counsel and Trustee's general counsel have also been filed concurrently with this Application.

## Financial Condition of the Case

13. Trustee currently has approximately $39,600.00 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates in connection with its final fee application , 3) the fees allowed to Popowcer in connection with this final fee application, 4) the legal fees allowed to Trustee's special counsel, and 5) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be insufficient funds available to make a distribution to general unsecured creditors.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of The Chemical Connection, Inc., debtor, requests the entry of an order allowing to Popowcer final compensation in the amount of $2,042.50 for actual and necessary professional services rendered to the Trustee from October 14, 2008 through the close of this case and for such other and further relief as this Court deems appropriate.

Dated: January 14, 2009

                                                Joseph A. Baldi, as trustee of the estate of The
                                                Chemical Connection, Debtor

                                                By:    /s/ Joseph A. Baldi, trustee

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603
312.726.8150

3

**Popowcer Katten, Ltd.**  
**Final Fee Application**

The Chemical Connection, Inc.  
Case No. 05-34789

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 05-34789 |
| The Chemical Connection, ) | Hon. John H. Squires |
| ) | Hearing Date: October 14, 2008 |
| Debtor. ) | Time: 9:30 a.m. |

**Order Authorizing Trustee to Employ Accountants**

THIS MATTER coming on to be heard upon the Trustee's Application to Employ Accountants and the supporting affidavit of Lois West; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of The Chemical Connection, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Dated: October 14, 2008        ENTER:

_____
Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

Case 05-34789    Doc 36    Filed 03/13/09    Entered 03/13/09 10:19:09    Desc Main
Document    Page 6 of 10

Popowcer Katten, Ltd.  
Final Fee Application

The Chemical Connection, Inc.  
Case No. 05-34789

Billing Statements

Exhibit B



Invoice No. 22865

**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- The Chemical Connection, Inc. (05 B 34789)
- c/o Joseph A. Baldi, Trustee
- Joseph A. Baldi & Associates
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** December 15, 2008         **Account No.: BAL45063L**

For Professional Services Rendered:

For accounting and tax services rendered for the period December 9, 2008 through December 12, 2008 including preparation of federal and state corporate income tax returns for the fiscal years ended June 30, 2006, June 30, 2007, June 30, 2008 and final period ended December 31, 2008 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 9.5 | $215. | $ 2,042.50 |
|  | Total due: | 9.5 |  | $ 2,042.50 |

| Date | Description | Hours | Name |
|---|---|---|---|
| 12/9/2008 | Tax Return Preparation - Review information provided by trustee. Phone call to former shareholder, Frank Ressa to obtain copies of prior tax returns filed. | 0.4 | L. West |
| 12/9/2008 | Tax Return Preparation - Preparation of workpapers and federal and state corporate returns for fiscal year ended 6/30/06. | 2.6 | L. West |
| 12/10/2008 | Tax return Preparation - Preparation of workpapers and federal and state corporate returns for years ended 6/30/07, 6/30/08 and final year ended 12/31/08. Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. Make manual changes as required. | 6.1 | L. West |
| 12/12/2008 | Tax Review - Final review - check assembly and sign returns for 2005, 2006, 2007 and final year 2008. | 0.4 | L. West |
| | Total hours | 9.5 | |

Popowcer Katten, Ltd.  The Chemical Connection, Inc.
Final Fee Application  Case No. 05-34789

Rule 2016 Affidavit

Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-34789 |
| The Chemical Connection, Inc., | ) | Hon. John H. Squires |
| | ) | |
| Debtor. | ) | |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4. Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
on January ___, 2009

_____
Notary Public