UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| THE CHEMICAL CONNECTION, INC ) | Case No. 05-34789-JHS | |
| ) | | |
| Debtor. ) | Hon. John H. Squires | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, Illinois

   On: **April 21, 2009**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                $121,064.46

   Disbursements                                                         $81,408.61

   Net Cash Available for Distribution                         $39,655.85

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $7,624.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee (Trustee Firm)* | $0.00 | $43,177.00 | $496.64 |
| O'KEEFE, LYONS & HYNES<br>*Special Counsel for Trustee (Other Firm)* | $0.00 | $8,500.00 | $0.00 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee (Other Firm)* | $0.00 | $2,042.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NOT APPLICABLE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $2,595,863.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Frank Ressa | $2,270.54 | $0.00 |
| 000005 | Ideas, Inc. | $499,500.00 | $0.00 |
| 000006 | Riteway Construction Services, Inc. | $2,094,093.21 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **March 20, 2009**   For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
19 South Lasalle Street
Chicago, IL 60603
Phone No.:   (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 20, 2009
Case: 05-34789                Form ID: pdf002              Total Served: 14

The following entities were served by first class mail on Mar 22, 2009.
db           +The Chemical Connection, Inc,   625 S Main Street,    Lombard, IL 60148-3341
9755070      +City of Chicago,    Department of Water Management,    Bureau of Billings & Customer Services,
               P.O. Box 6330,    Chicago, IL 60680-6330
9755069      +City of Chicago Department of Revenue,    Cost Recovery & Collections Unit,   333 S. State Street,
               Suite 540,    Chicago, IL 60604-3992,    Attn: Claims
9755067      +Cook County,    118 N. Clark Street,    Room 112,   Chicago, IL 60602-1590
10437942     +Cook County Treasurer,    Law Department,   118 North Clark Street - Room 212,
               Chicago, IL 60602-1589
10568380      Frank J. Ressa,    1308 Heritage Oaks Court,    Oak Brooks, IL 60523
9755075      +Frank Ressa,    3108 Heritage Oaks Circle,    Oakbrook, IL 60523-2501
9755071      +Holland & Knight LLP,    2115 Harden Blvd.,    P.O. Box 32092,   Lakeland, FL 33802-2092
9755068      +Ideas, Inc.,    625 S. Main Street,    Lombard, IL 60148-3341
10500863     +Much Shelist Freed Denenberg Ament & Rubenstein,    191 North Wacker Drive,   Suite 1800,
               Chicago, Illinois 60606-1631
9755072      +Providence Washington Insurance,    One Providence Washington Plaza,   Providence, RI 02903-7104
9755073      +Providence Washington Insurance Co,    a/s/a Fanning Corp,   Glynn Rostoker,   410 N May St,
               Chicago, IL 60642-5817
9755074      +Rabens, Formusa & Glassman, Ltd.,    33 North LaSalle Street,   Suite 2800,
               Chicago, IL 60602-3398
9755076      +Riteway Construction Services, Inc.,    c/o Galliani, Doell &Cozzi, Ltd.,   20 N. Clark St. #1800,
               Chicago, IL 60602-5114

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10500864      Much Shelist Freed Denenberg Ament & Rubenstein
10500865      Much Shelist Freed Denenberg Ament & Rubenstein
                                                                                                TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**            **Signature:** _Joseph Speetjens_