# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: § Case No. 05-34789 JHS
THE CHEMICAL CONNECTION, INC §
§
Debtor(s) §
§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Document Page 3 of 14

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ideas, Inc. |  |  |  |  |  |
| PROVIDENCE WASHINGTON INSURANCE CO |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IDEAS, INC. | | | | | |
| MUCH SHELIST FREED DENENBERG AMENT | | | | | |
| PODGORNY | | | | | |
| COOK COUNTY TREASURER | | | | | |
| MOSA A ELMOSA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ATTORNEYS' TITLE GUARANTY FUND, INC | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| O'KEEFE, LYONS & HYNES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD | | | | | |
| MARKI WEISS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Chicago-Dept. of Revenue | | | | | |
| City of Chicago-Dept. of Water | | | | | |
| Halland & Knight | | | | | |
| Providence Washington Insurance | | | | | |
| Rabens, Formusa & Glassman | | | | | |
| FRANK RESSA | | | | | |
| IDEAS, INC. | | | | | |
| RITEWAY CONSTRUCTION SERVICES, INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-34789 JHS Judge: John H. Squires | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | Date Filed (f) or Converted (c): | 08/31/05 (f) |
| | | 341(a) Meeting Date: | 10/04/05 |
| For Period Ending: | 08/17/09 | Claims Bar Date: | 02/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 100,000.00 | 65,000.00 | | 65,000.25 | FA |
| former chemical plant at 1030 E 87th Street, pin 20-35-318-028-0000 - jugdment lien paid pursuant to settlement of lawsuit. Property sold in 07 for gross sales price of $65,000. After payment of back taxes of $12,000 net realized will be approximately $40,000 | | | | | |
| 2. Accounts Receivable | 81,712.00 | Unknown | | 0.00 | FA |
| Invoices due from Providence Washington Insurance - disputed claim, settled as part of litigation with insurance company, no recoverable value | | | | | |
| 3. Accounts Receivable | 56,000.00 | Unknown | | 0.00 | FA |
| invoices due from Riteway Construction - disputed claim subject to set off by Rite Way claim, no recoverable value | | | | | |
| 4. Other Contingent Unliquidated Claim | 56,000.00 | Unknown | | 56,000.00 | FA |
| Lawsuit and settlement pending with Lloyd's London for insurance coverage claim | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 65.73 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $293,712.00 | $65,000.00 | | $121,065.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's plant destroyed by pre-petition fire. Two major assets of estate were insurance claim arising from fire and the plant remains and underlying real estate. Trustee settled insurance claim lawsuit in May 2006 and paid out proceeds to satisfiy perfected attorneys' liens and judgment lien against real estate. In November, 2006, Trustee entered into year-long exclusive listing agreement and hire real estate broker. Property is listed

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-34789    JHS    Judge: John H. Squires | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THE CHEMICAL CONNECTION, INC | Date Filed (f) or Converted (c): | 08/31/05 (f) |
| | | 341(a) Meeting Date: | 10/04/05 |
| | | Claims Bar Date: | 02/02/06 |

for $100,000.  Phase II disclosed soil contamination and highest offer rec'd was $65,000.  TR sold property for $65,000, with liens of $44,000 in RE taxes attaching to proceeds of sale which were retained by title company pursuant to title indemnity.  Filed a section 505(a) adversary to obtain reduction of taxes based on property's vacancy following fire.  Settled with Cook County for $12,000 in Sept. 2007, resulting in tax savings of over $30,000 and collected proceeds.  TFR drafted.  Will finalize TFR and submit to UST.

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 02/15/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-34789 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0520  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2161 | | |
| For Period Ending: | 08/17/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/06 | 4 | COZEN O'CONNOR<br>1900 Market Street<br>6th Floor<br>Philadelphia, PA  19103 | Settlement Proceeds: Lloyd's | 1149-000 | 56,000.00 | | 56,000.00 |
| 06/21/06 | | Transfer to Acct #*******0546 | Bank Funds Transfer<br>Transfer funds to make disbursements of Lloyd's of London settlement proceeds to Much Shelist, James Podgorny, Providence Washington and Ideas, Inc. per settlement agreement and court order dated 5/11/06. | 9999-000 | | 56,000.00 | 0.00 |
| 11/19/07 | 1 | Elmosa & Associates<br>7265 W. 87th Street<br>Bridgeview  IL  60455 | Refund Proceeds 2007 Tax Escrow | 1110-000 | 4,595.74 | | 4,595.74 |
| 11/30/07 | 5 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 0.40 | | 4,596.14 |
| 12/31/07 | 5 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 2.20 | | 4,598.34 |
| 01/09/08 | | Attorneys' Title Guaranty Fund, Inc.<br>Individual Escrow Account<br>1 South Wacker - 24th Fl.<br>Chicago  IL  60606 | | | 30,000.00 | | 34,598.34 |
| | 1 | A & Z PROPERTIES | Memo Amount:         55,404.26<br>SALE PROCEEDS: REAL PROP | 1110-000 | | | |
| | | MARKI WEISS | Memo Amount:    (     5,200.00 )<br>broker's commission | 3510-000 | | | |
| | | MOSA A ELMOSA | Memo Amount:    (     6,125.05 )<br>tax escrow to seller | 4800-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount:    (     2,079.00 )<br>other closing costs | 2500-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount:    (    12,000.21 )<br>RE tax settlement per order 9/4/07 | 4700-000 | | | |
| 01/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 7.94 | | 34,606.28 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0520 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 08/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/19/08 | | Transfer to Acct #*******0546 | Bank Funds Transfer | 9999-000 | | 4.35 | 34,601.93 |
| 02/29/08 | 5 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 8.23 | | 34,610.16 |
| 03/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.18 | | 34,618.34 |
| 04/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 7.09 | | 34,625.43 |
| 05/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,629.83 |
| 06/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.26 | | 34,634.09 |
| 07/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,638.49 |
| 08/29/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.40 | | 34,642.89 |
| 09/30/08 | 5 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.26 | | 34,647.15 |
| 10/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.36 | | 34,650.51 |
| 11/11/08 | 1 | Attorneys' Title Guaranty Fund, Inc. Individual Escrow Account 1 South Wacker - 24th Fl. Chicago IL 60606 | Balance of Sale Proceeds | 1110-000 | 5,000.25 | | 39,650.76 |
| 11/28/08 | 5 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.09 | | 39,653.85 |
| 12/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.00 | | 39,655.85 |
| 01/30/09 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,656.19 |
| 02/27/09 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 39,656.49 |
| 03/31/09 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,656.83 |
| 04/21/09 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 39,657.37 |
| 04/21/09 | | Transfer to Acct #*******0546 | Final Posting Transfer Transfer funds for final distribution. ecb April 21, 2009, 12:49 pm | 9999-000 | | 39,657.37 | 0.00 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-34789 -JHS |
| Case Name: | THE CHEMICAL CONNECTION, INC |
| Taxpayer ID No: | *******2161 |
| For Period Ending: | 08/17/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0520  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Account *******0520 | Balance Forward | 0.00 |
| 4 Deposits | 95,595.99 | 0 Checks | 0.00 |
| 18 Interest Postings | 65.73 | 0 Adjustments Out | 0.00 |
| | | 3 Transfers Out | 95,661.72 |
| Subtotal | $ 95,661.72 | |
| | | Total | $ 95,661.72 |
| 0 Adjustments In | 0.00 | |
| 0 Transfers In | 0.00 | |
| Total | $ 95,661.72 | |

| | |
|---|---|
| Memo Allocation Receipts: | 55,404.26 |
| Memo Allocation Disbursements: | 25,404.26 |
| Memo Allocation Net: | 30,000.00 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-34789 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0546 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2161 | | |
| For Period Ending: | 08/17/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/06 | | Transfer from Acct #*******0520 | Bank Funds Transfer Transfer funds to make disbursements of Lloyd's of London settlement proceeds to Much Shelist, James Podgorny, Providence Washington and Ideas, Inc. per settlement agreement and court order dated 5/11/06. | 9999-000 | 56,000.00 | | 56,000.00 |
| 06/21/06 | 001001 | Much Shelist Freed Denenberg Ament & Rubenstein 191 North Wacker Drive Suite 1800 Chicago, Illinois 60606 | Lloyds London Settlement Proceeds for Attorneys Lien per court order dated 5/11/06 | 4220-000 | | 7,446.33 | 48,553.67 |
| 06/21/06 | 001002 | James A. Podgorney Law Office of James A. Podgorny 15127 South 73rd Ave. Ste. H-2 Orland Park IL 60462-3437 | Lloyds London - Settlement Proceeds for Attorneys Lien per court order dated 5/11/06 | 4220-000 | | 1,100.00 | 47,453.67 |
| 06/21/06 | 001003 | Providence Washington Insurance a/s/o The Framing Corporation c/o Mathein and Rostoker PC 662 W. Grand Avenue Chicago IL 60610 | Lloyds London Settlement Proceeds Per Settlement and Bankruptcy Court Order dtd 5/11/06 | 4120-000 | | 44,720.58 | 2,733.09 |
| 06/21/06 | 001004 | Ideas, Inc. Attn: Todd Resa 625 S. Main Street Lombard IL 60148 | Lloyds London Settlement Proceeds Per US Bankruptcy Ct. Order dtd 5/11/06 Payment to Co-Plaintiff in | 4220-000 | | 2,733.09 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0520 | Bank Funds Transfer | 9999-000 | 4.35 | | 4.35 |
| 02/19/08 | 001005 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | 2300-000 | | 4.35 | 0.00 |
| 04/21/09 | | Transfer from Acct #*******0520 | Transfer In From MMA Account Transfer funds for final distribution. ecb April | 9999-000 | 39,657.37 | | 39,657.37 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c

FORM 2   Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD   Exhibit 9

| Case No: | 05-34789 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | THE CHEMICAL CONNECTION, INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0546 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2161 | | |
| For Period Ending: | 08/17/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/09 | 001006 | O'Keefe Lyons & Hynes<br>30 N. LaSalle Street #4100<br>Chicago IL 60602 | 21, 2009, 12:49 pm<br>Attorney for Trustee Fees (Other Fi | 3210-000 | | 8,500.00 | 31,157.37 |
| 04/23/09 | 001007 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Truste | 3310-000 | | 2,042.50 | 29,114.87 |
| 04/23/09 | 001008 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Final Compensation | 2100-000 | | 4,327.13 | 24,787.74 |
| 04/23/09 | 001009 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR Attorneys' Fees | 3110-000 | | 24,505.86 | 281.88 |
| 04/23/09 | 001010 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Tr Attorney Expense Reimbursement | 3120-000 | | 281.88 | 0.00 |

| | | Account *******0546 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | Deposits | 0.00 | 10 | Checks | 95,661.72 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 0.00 | | | |
| | | | | | | Total | $ 95,661.72 |
| Memo Allocation Net: | 0.00 | 0 | Adjustments In | 0.00 | | | |
| | | 3 | Transfers In | 95,661.72 | | | |
| | | | Total | $ 95,661.72 | | | |

Page: 6

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-34789 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | THE CHEMICAL CONNECTION, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0546 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2161 | | | |
| For Period Ending: | 08/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| Total Allocation Receipts: | 55,404.26 | |
| Total Allocation Disbursements: | 25,404.26 | |
| Total Memo Allocation Net: | 30,000.00 | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 4 | Deposits | 95,595.99 | 10 | Checks | 95,661.72 |
| 18 | Interest Postings | 65.73 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 95,661.72 |
| | Subtotal | $ 95,661.72 | | | |
| | | | | Total | $ 191,323.44 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 95,661.72 | | | |
| | Total | $ 191,323.44 | | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

Ver: 14.31c